# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156579(55)

GENESEE COUNTY DRAIN COMMISSIONER
JEFFREY WRIGHT,
            Plaintiff-Appellee,

and

CHARTER TOWNSHIP OF FENTON, DENNIS
BOW, KARYN MILLER, BONNIE MATHIS,
PAULA ZELENKO, MARILYN HOFFMAN,
LARRY GREEN, JAKE LAFURGEY, RAY
FOUST, DAVID GUIGEAR, ROBERT M.
PALMER, RICK CARUSO, WILLIAM W.
KOVL, MAXINE ORR, VILLAGE OF
GOODRICH, VILLAGE OF GAINES, VILLAGE
OF LENNON, CHARTER TOWNSHIP OF
MUNDY, TOWNSHIP OF ARGENTINE,
CHARTER TOWNSHIP OF FLINT, CHARTER
TOWNSHIP OF MT. MORRIS, TOWNSHIP OF
GAINES, and CITY OF FLUSHING,
            Plaintiffs,

v

GENESEE COUNTY,
            Defendant-Appellant,

and

GENESEE COUNTY BOARD OF
COMMISSIONERS,
            Defendant.

SC: 156579
COA: 331023
Genesee CC: 11-097012-CK

_____/

        On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before July 25, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2018



Clerk